**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOSEPH PIHL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:14-cv-07114 |
| v. ) | |
| ) | Judge Sharon Johnson Coleman |
| LAW OFFICE OF KEITH S. SHINDLER, ) | |
| LTD., ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

Plaintiff Joseph Pihl ("Plaintiff") and Defendant Law Office of Keith S. Shindler, Ltd. ("Shindler"), by and through their attorneys, submit the following Joint Initial Status Report:

1. <u>Nature of the Case</u>

Plaintiff claims that Shindler, a collection law firm, violated the venue provisions of Section 1692i(a)(2) of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 *et seq*., by filing a collection lawsuit against him in the Cook County Circuit Court, First Municipal District, located in the Daley Center, rather than in the Third Municipal District, located in Rolling Meadows. Plaintiff seeks actual and statutory damages, attorney's fees and costs.

Shindler denies that it violated the FDCPA. Defendant Shindler asserts that it relied, in good faith, upon the Seventh Circuit's ruling in *Newsom v. Friedman*, 76 F.3d 813 (7th Cir. 1996) which allowed collection lawsuits, such as the one at issue here, to be filed in the Cook County First Municipal District reasoning that Illinois Circuit Courts constitute judicial districts as defined by the FDCPA, but municipal department districts do not. *Newsom,* 76 F.3d at 819-829. Not only did Defendant rely on this precedent, counsel for the Plaintiff relied on the same

precedent for which they are now seeking damages. Plaintiff's counsel has brought numerous FDCPA claims and has never claimed damages for this alleged violation. Defendant also acted in accordance with the Circuit Court of Cook County's encouragement and structure designed to accommodate a large volume of lawsuits in Municipal I Division. In fact, the County's own website refers to "Collection Court" as being part of the Municipal I Division. *See* http://www.cookcountycourt.org/ABOUTTHECOURT/MunicipalDepartment/FirstMunicipalDistrictChicago.aspx. Therefore, any alleged violation of 15 U.S.C. §1692i occurred as a result of a bona fide error.

Defendant also asserts that Plaintiff has incurred no injury in fact, and therefore, he lacks standing under Article III of United States Constitution to bring the instant claim.

Plaintiff's claim is brought pursuant to the Seventh Circuit's recent decision in *Suesz v. Med-1 Solutions, LLC*, 757 F.3d 636 (7th Cir. 2014). However, the counsel for defendant in *Suesz* has filed a Petition for Writ of Certiorari. The outcome of the petition may greatly affect the instant matter.

2. <u>Settlement Discussions</u>

The parties have not exchanged settlement offers.

3. <u>Discovery</u>

The parties anticipate exchanging written discovery and taking 2-4 depositions. The parties submit the following proposed discovery plan:

Rule 26(a)(1) disclosures due by December 20, 2014.

Plaintiff to amend pleadings and/or add additional parties by January 16, 2015.

Defendant to amend pleadings and/or add additional parties by February 13, 2015.

Fact discovery to be commenced in time to be completed by June 15, 2015.

All potentially dispositive motions to be filed by July 15, 2015.

4. <u>Jury Trial</u>

The parties have requested a jury trial. Trial would last no more than two days.

5. <u>Consent to Proceed Before Magistrate Judge</u>

The parties do not consent to proceed before a Magistrate Judge.

Date: December 1, 2014

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| JOSEPH PIHL | LAW OFFICE OF KEITH S. SHINDLER |
| By: /s/Mohammed O. Badwan | By: /s/Palak N. Shah |
| One of His Attorneys | One of Its Attorneys |
| Mohammed O. Badwan<br>SULAIMAN LAW GROUP, LTD.<br>900 Jorie Blvd., Suite 150<br>Oak Brook, IL 60523<br>(630) 575-8181<br>(630) 575-8188 (fax)<br>Email: mbadwan@sulaimanlaw.com<br>*Counsel for Plaintiff* | David M Schultz<br>Palak Naimesh Shah<br>Hinshaw & Culbertson<br>222 North LaSalle Street<br>Suite 300<br>Chicago, IL 60601-1081<br>(312) 704-3000<br>*Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **JOINT STATUS REPORT** was electronically filed with the Clerk of the Court using the CM/ECF system on December 1, 2014, which constitutes service on below counsel who are registered electronic filing users, pursuant to Fed. R. Civ. P. 5(b)(2)(D) and L.R. 5.9:

David M Schultz
Palak Naimesh Shah
Hinshaw & Culbertson
222 North LaSalle Street
Suite 300
Chicago, IL 60601-1081
(312) 704-3000

/s/Mohammed O. Badwan